THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MYPORT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | C.A. No. 24-1337-JDW |

## NOTICE OF WITHDRAWAL

Pursuant to D. Del. LR 83.7, the appearance of Jenna Kuh, as counsel on behalf of Defendant, Apple Inc. ("Defendant") is hereby withdrawn. Defendant will continue to be represented by the law firm of Fish & Richardson P.C.

Please also remove all electronic noticing for Jenna Kuh in the above-captioned action.

Dated: June 12, 2025

FISH & RICHARDSON P.C.

*/s/Susan E. Morrison*
Susan E. Morrison (#4690)
Nitika Gupta Fiorella (#5898)
222 Delaware Ave., 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
morrison@fr.com; fiorella@fr.com

Roger A. Denning (*pro hac vice*)
Joy Backer Kete (*pro hac vice*)
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858-678-5070
denning@fr.com; kete@fr.com

Kathryn Quisenberry (*pro hac vice*)
Jacqueline T. Moran (*pro hac vice*)
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: 713-654-5300
quisenberry@fr.com; jtmoran@fr.com

Noah C. Graubart (*pro hac vice*)
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: 404-892-5005
graubart@fr.com

Kyle J. Fleming (*pro hac vice*)
7 Times Square, 20th Floor
New York, NY 10036
Telephone: 212-765-5070
kfleming@fr.com

***Attorneys for Defendant,
APPLE INC.***