IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MYPORT TECHNOLOGIES, INC.**<br><br>*Plaintiff,*<br><br>v.<br><br>**APPLE INC.**<br><br>*Defendant.* | **Case No. 1:24-cv-01337-JDW** |

### ORDER

**AND NOW**, this 23rd day of September, 2025, upon review of Defendant Apple Inc.'s Motion To Dismiss For Failure To State A Claim (D.I. 19), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and all claims under U.S. Patent Nos. 9,832,017, 10,237,067, 10,721,066, and 11,188,998 are **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that MyPort Technologies, Inc. may file a motion for leave to file an amended complaint on or before October 10, 2025. If MyPort does not file a motion by that date, then I will assume that MyPort intends to stand on its current Complaint and dismiss the claims in this case with prejudice.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.