IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**MYPORT TECHNOLOGIES, INC.**

*Plaintiff,*

v.

**APPLE INC.**

*Defendant.*

Case No. 1:24-cv-01337-JDW

### ORDER

**AND NOW**, this 21st day of October, 2025, it is **ORDERED** that Plaintiff MyPort Technologies, Inc.'s Amended Complaint For Patent Infringement (D.I. 39) is **STRICKEN**. MyPort may file a motion for leave to file an amended complaint on or before October 31, 2025, and attach as an exhibit its proposed amended complaint.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.