IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MYPORT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC. <br><br> Defendant. | C.A. No. 1:24-cv-01337-JDW <br><br> **DEMAND FOR JURY TRIAL** |

### [PROPOSED] ORDER

Before the Court is Plaintiff's Motion for Leave to File Amended Complaint. Having considered the motion and finding good cause exists for the relief requested, the motion is hereby GRANTED.

**BY THE COURT:**

_____

HONORABLE JOSHUA D. WOLSON

1