# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MYPORT TECHNOLOGIES, INC., | |
| Plaintiff, | C.A. No. 1:24-cv-01337-JDW |
| v. | |
| APPLE INC. | |
| Defendant. | |

## MYPORT TECHNOLOGIES, INC.'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff MyPort Technologies, Inc. ("MyPort") appeals to the United States Court of Appeals for the Federal Circuit from the Court's Memorandum Opinion (D.I. 44), and Order denying MyPort's Motion for Leave to File Amended Complaint (D.I. 45), entered on December 18, 2025, and all decisions and orders merged therein, including the Court's Order granting Apple's motion to dismiss all claims (D.I. 38).[1]

---

[1] MyPort does not appeal the Court's dismissal of the claims asserting infringement of U.S. Patent No. 11,188,998.

Dated: January 16, 2026

*Of Counsel*:

John E. Lord (admitted *Pro Hac Vice*)
**SKIERMONT DERBY LLP**
633 W. Fifth Street, Suite 5800
Los Angeles, CA 90071
Phone: (213) 788-4500
jlord@skiermontderby.com

Michael D. Ricketts (admitted *Pro Hac Vice*)
**SKIERMONT DERBY LLP**
1601 Elm Street, Suite 4400
Dallas, TX 75201
(214) 978-6600
mricketts@skiermontderby.com

Chandran B. Iyer (admitted *Pro Hac Vice*)
**DAIGNAULT IYER LLP**
8229 Boone Boulevard - Suite 450
Vienna, VA 22182
Phone: (202) 330-1666
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com

*Not admitted to practice in Virginia

Respectfully submitted,

STAMOULIS & WEINBLATT LLC

/s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
**STAMOULIS & WEINBLATT LLC**
800 N. West St., 3rd Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*MyPort Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
